IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NOVAQUEST CAPITAL MANAGEMENT, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BULLARD,<br><br>Defendant. | Civil Action No. 5:20-CV-0516-FL<br><br>**ORDER GRANTING CONSENT MOTION TO MODIFY BRIEFING SCHEDULE** |

THIS MATTER comes before the Court on Plaintiff's Consent Motion to Modify Briefing Schedule. For good cause shown, this Motion is GRANTED, and the Court's expedited briefing schedule set by minute entry on October 9, 2020 is hereby amended to permit a reply by Plaintiff in support of its Motion for Preliminary Injunction, if warranted under the Local Rules.

IT IS THEREFORE ORDERED that the Court's expedited briefing schedule set by minute entry on October 9, 2020 is hereby amended to allow Plaintiff time in which to file a Reply in support of its Motion for Preliminary Injunction, if necessary under Local Rules, up to and including October 23, 2020.

This __19th__ day of October, 2020.

_____
Louise Wood Flanagan
United States District Court